UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TONY D. DAVIS | CIVIL ACTION NO. 19-0841 SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| OUACHITA CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, to the extent Plaintiff Tony D. Davis raises claims on behalf of other prisoners, the claims are **DISMISSED WITHOUT PREJUDICE** for lack of standing and as frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, with the exception of Plaintiff's conditions-of-confinement claims against Sheriff Jay Russell and Warden Pat Johnson concerning mold, mildew, fungus, and bacteria, Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 9th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE