UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TONY D DAVIS #2045652** | **CASE NO. 3:19-CV-0841 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OUACHITA CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 38] having been considered, together with the Objection [Doc. No. 40] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that Plaintiff's motion for summary judgment [Doc. No. 28] is **DENIED** and Plaintiff's claims are **DISMISSED with prejudice.**

THUS DONE AND SIGNED this 1st day of September, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE